| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 109087061 | 1 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

Period Starting: 08/13/2026
Period Ending: 08/19/2026
Pay Date: 08/21/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 720.00 |
| Gross Pay | | | $720.00 | $720.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -44.48 | 44.48 |
| Social Security | -44.64 | 44.64 |
| Medicare | -10.44 | 10.44 |
| Pennsylvania State Income | -22.10 | 22.10 |
| Pennsylvania State UI | -0.50 | 0.50 |
| New Britain B Local Income | -7.20 | 7.20 |
| New Britain Boro Local | -1.00 | 1.00 |
| Net Pay | $589.64 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 40.00 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2105 | XXXXXXXXX | 589.64 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $720.00

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

Pay Date: 08/21/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 589.64 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 109288791 | 1 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

Period Starting: 08/20/2026
Period Ending: 08/26/2026
Pay Date: 08/28/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 37.39 | 673.02 | 1393.02 |
| Gross Pay | | | $673.02 | $1,393.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -38.84 | 83.32 |
| Social Security | -41.73 | 86.37 |
| Medicare | -9.76 | 20.20 |
| Pennsylvania State Income | -20.66 | 42.76 |
| Pennsylvania State UI | -0.48 | 0.98 |
| New Britain B Local Income | -6.73 | 13.93 |
| New Britain Boro Local | -1.00 | 2.00 |
| Net Pay | $553.82 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 37.39 | 77.39 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2105 | XXXXXXXXX | 553.82 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $673.02

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

Pay Date: 08/28/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 553.82 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Company Code | Loc/Dept | Number | Page |
| --- | --- | --- | --- |
| [redacted] | 01/ | 1094920 | 61 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

Period Starting: 08/27/2026
Period Ending: 09/02/2026
Pay Date: 09/04/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Earnings | rate | hours/units | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 18.0000 | 40.00 | 720.00 | 2113.02 |
| Gross Pay | | | $720.00 | $2,113.02 |

| Statutory Deductions | this period | year to date |
| --- | --- | --- |
| Federal Income | -44.48 | 127.80 |
| Social Security | -44.64 | 131.01 |
| Medicare | -10.44 | 30.64 |
| Pennsylvania State Income | -22.10 | 64.86 |
| Pennsylvania State UI | -0.50 | 1.48 |
| New Britain B Local Income | -7.20 | 21.13 |
| New Britain Boro Local | -1.00 | 3.00 |
| Net Pay | $589.64 | |

| Other Benefits and Information | this period | year to date |
| --- | --- | --- |
| Total Hours Worked | 40.00 | 117.39 |

Deposits

| account number | transit/ABA | amount |
| --- | --- | --- |
| XXXXXX2105 | XXXXXXXXX | 589.64 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $720.00

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

Pay Date: 09/04/2026

| Deposited to the account | account number | transit/ABA | amount |
| --- | --- | --- | --- |
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 589.64 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 1096754 | 1 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

Period Starting: 09/03/2026
Period Ending: 09/09/2026
Pay Date: 09/11/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 2833.02 |
| Gross Pay | | | $720.00 | $2,833.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -44.48 | 172.28 |
| Social Security | -44.64 | 175.65 |
| Medicare | -10.44 | 41.08 |
| Pennsylvania State Income | -22.10 | 86.96 |
| Pennsylvania State UI | -0.50 | 1.98 |
| New Britain B Local Income | -7.20 | 28.33 |
| New Britain Boro Local | -1.00 | 4.00 |
| Net Pay | $589.64 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 157.39 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2105 | XXXXXXXXX | 589.64 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $720.00

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

Pay Date: 09/11/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 589.64 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 1098863 | 21 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

Period Starting: 09/10/2026
Period Ending: 09/16/2026
Pay Date: 09/18/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 3553.02 |
| Gross Pay | | | $720.00 | $3,553.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -44.48 | 216.76 |
| Social Security | -44.64 | 220.29 |
| Medicare | -10.44 | 51.52 |
| Pennsylvania State Income | -22.10 | 109.06 |
| Pennsylvania State UI | -0.51 | 2.49 |
| New Britain B Local Income | -7.20 | 35.53 |
| New Britain Boro Local | -1.00 | 5.00 |
| Net Pay | $589.63 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 197.39 |

Deposits

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2105 | XXXXXXXXX | 589.63 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $720.00

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

Pay Date: 09/18/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 589.63 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 11007210 | 1 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

Period Starting: 09/17/2026
Period Ending: 09/23/2026
Pay Date: 09/25/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 4273.02 |
| Gross Pay | | | $720.00 | $4,273.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -44.48 | 261.24 |
| Social Security | -44.64 | 264.93 |
| Medicare | -10.44 | 61.96 |
| Pennsylvania State Income | -22.10 | 131.16 |
| Pennsylvania State UI | -0.50 | 2.99 |
| New Britain B Local Income | -7.20 | 42.73 |
| New Britain Boro Local | -1.00 | 6.00 |
| Net Pay | $589.64 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 237.39 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2105 | XXXXXXXXX | 589.64 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $720.00

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

Pay Date: 09/25/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 589.64 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| [redacted] | 01/ | 11029928 | 1 of 1 |

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

# Earnings Statement

ADP

Period Starting: 09/24/2026
Period Ending: 09/30/2026
Pay Date: 10/02/2026

Taxable Filing Status: Single
Exemptions/Allowances:
Federal: Std W/H Table
State: 0
Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
Federal: 0.00 Addnl
State:
Local:

**Randall Stoddard**
**120 East Street Road**
**B3-05**
**Warminster Heights, PA 18974**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 40.00 | 720.00 | 4993.02 |
| **Gross Pay** | | | **$720.00** | $4,993.02 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -44.48 | 305.72 |
| Social Security | -44.64 | 309.57 |
| Medicare | -10.44 | 72.40 |
| Pennsylvania State Income | -22.10 | 153.26 |
| Pennsylvania State UI | -0.50 | 3.49 |
| New Britain B Local Income | -7.20 | 49.93 |
| New Britain Boro Local | -1.00 | 7.00 |
| **Net Pay** | **$589.64** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 40.00 | 277.39 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2105 | XXXXXXXXX | 589.64 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are $720.00

New Britain Inn
376 W Butler Ave
New Britain, PA 18901-5112

**Pay Date:** 10/02/2026

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2105 | XXXXXXXXX | 589.64 |

THIS IS NOT A CHECK

Randall Stoddard
120 East Street Road
B3-05
Warminster Heights, PA 18974