**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| **IN RE:**<br><br>Randall Stoddard<br><br>**Debtor(s)** | **CHAPTER:** 13<br><br>**CASE NO.** 26-14180-DJB |

**CERTIFICATION OF NO PAYMENT ADVICES**
**PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

I, Randall Stoddard, hereby certify that between August 6, 2026, and August 20, 2026, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because I was unemployed.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: November 10, 2026

/s/ Randall Stoddard
Debtor